ACCEPTED
12-12-00357-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/18/2015 11:30:34 AM
CATHY LUSK
CLERK

## No. 12-12-00357-CV

_____

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/18/2015 11:30:34 AM
CATHY S. LUSK
——————————————Clerk

# IN THE TWELFTH DISTRICT OF TEXAS

## Tyler, Texas

_____

### ETMC FIRST PHYSICIANS AND KRISTIN AULT, D.O.

**Appellants,**

v.

### MELISSA VAN NESS, ET AL

**Appellees.**

_____

Appeal from Cause No. 2011-12-0993,
2nd Judicial District Court, Cherokee County, Texas
Honorable Dwight L. Phifer, Presiding Judge

_____

### APPELLANTS' NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

### TO THE HONORABLE TYLER COURT OF APPEALS:

Please take notice of the change of address, effective February 15, 2015, of the undersigned attorneys of record for Appellants ETMC First Physicians and Kristin Ault, D.O.

Russell G. Thornton
THIEBAUD REMINGTON THORNTON BAILEY LLP
Two Energy Square
4849 Greenville Avenue, Suite 1150
Dallas, TX 75206
rthornton@trtblaw.com
Phone:  (214) 954-2200
Fax:  (214) 754-0999 (Fax)

Respectfully Submitted,

**THIEBAUD REMINGTON THORNTON BAILEY, L.L.P.**

By: /s/Russell G. Thornton
          **RUSSELL G. THORNTON**
          State Bar Card No. 19982850
          rthornton@trtblaw.com

          1445 Ross Avenue, Suite 4800
          Dallas, Texas 75202
          (214) 954-2200
          (214) 754-0999 (Fax)

**COUNSEL FOR APPELLANTS
ETMC FIRST PHYSICIANS AND
KRISTIN AULT, D.O.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **18**th day of **February, 2015**, a true and correct copy of the foregoing document was delivered to counsel listed below:

**VIA E-SERVE &/OR E-MAIL:**
Mr. Vincent L. Marable, III
PAUL WEBB, P.C.
221 N. Houston
Wharton, Texas 77488

Mr. Jason C. Webster
Ms. Heidi Vicknair
THE WEBSTER LAW FIRM
6200 Savoy, Suite 515
Houston, Texas 77036

Ms. Tina High Brumbelow
PO Box 7677
Tyler, Texas 75711

          /s/ Russell G. Thornton
          **RUSSELL G. THORNTON**